# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 294
:
REAPPOINTMENT TO THE : DISCIPLINARY BOARD APPOINTMENT
DISCIPLINARY BOARD OF :
PENNSYLVANIA :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of September, 2017, Stefanie B. Porges, M.D.,* Philadelphia, is hereby reappointed as a member of the Disciplinary Board of Pennsylvania for a term expiring April 1, 2020.

\* Non-lawyer member